*TERRY A. DAKE, LTD.*
20 E. Thomas Rd.
Suite 2200
Phoenix, Arizona 85012-3133
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| SEAN PERMAN, | ) | |
| PATRICIA PERMAN, | ) | Case No. 2:16-BK-13559-DPC |
| | ) | |
| Debtors. | ) | |

**NOTICE OF AUCTION SALE**

 **PLEASE TAKE NOTICE** that an auction sale will be held on June 30, 2017 beginning at 8:30 a.m.. The sale will be held at 230 N. First Ave., Ste. 102 (1st Floor), Phoenix, AZ (1st Ave. & Van Buren).

**DESCRIPTION OF PROPERTY TO BE SOLD**:

 1. All right, title and interest of the debtor, the bankruptcy estate and Perman Builders, LLC in a 1989 Terry Trailer, 1EA1G2628K1145551. See attached photos and title.

**MINIMUM OPENING BID:**

 1. $250.00

**THE FINAL BID PRICE IS SUBJECT TO APPROVAL BY THE TRUSTEE. THE TRUSTEE WILL NOTIFY THE HIGH BIDDER AFTER THE SALE WHETHER THE SALE WILL BE COMPLETED FOR THE FINAL BID PRICE.**

**TERMS AND CONDITIONS OF SALE**:

 All property must be paid for by cashier's check within five business days after the conclusion of the sale before the buyer can take possession of the property. All property is sold "as is, where is" with no warranties of any kind including but not limited to title, fitness or merchantability. If the high bidder does not timely pay the bid price, the trustee may then close the sale to the next highest bidder, or may take other steps to dispose of the property, and may pursue a claim for damages against any bidder who fails to timely pay.

The property is sold "as is, where is". The successful bidder will be responsible for picking up the trailer at its current location, 6460 Boylan Rd., Show Low, AZ.

**VIEWING OF THE ASSETS**

Contact trustee's counsel, Terry Dake, who can be reached at 602-710-1005 or tdake@cox.net.

**BIDDING BY TELEPHONE**

Bidders may participate by telephone by connecting to a conference on the day of the sale. The conference call may be accessed by calling: (310) 372-7549, wait for prompt, enter access code 831482 and then press #.

**OBJECTIONS TO THE SALE**

Any person opposing the sale shall file a written objection on or before fourteen (14) days after the date of this notice with the Clerk of the United States Bankruptcy Court, 230 N. First Ave., Ste. 101, Phoenix, AZ 85003-1706.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the Court as of the date of the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale will then remain dependent upon the outcome of the Court hearing regarding the objection.

The trustee provides the following additional information pursuant to Local Rule 6004-1:
1. Other than the debtor(s) and the parties identified above, no other person or entity is known to have an interest in the property.
2. Other than as set forth above, the sale is not free and clear of liens, claims or interests.
3. The purchase price is to be paid in full at the close of escrow.
4. The property may be viewed by contacting the trustee's counsel whose contact information appears on this notice.
5. The sale is subject to higher and better offers at the time of the sale.
6. No compensation will be paid from the sale.
7. The trustee does not have an appraisal of the property.
8. There is no pending stay relief motion with regard to the property.

2

DATED June 5, 2017.

                        ***TERRY A. DAKE, LTD.***

                        By  /s/ TD009656
                        Terry A. Dake
                        20 E. Thomas Rd.
                        Suite 2200
                        Phoenix, Arizona  85012-3133
                        Attorney for Trustee

3

**ADOT**
Motor Vehicle Division
48-7200 R08/15  azdot.gov

Inventory Control: 30919127

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1EA1G2628K1145551 | 1989 | TERRY | 526 | TV |

| First Registered | List Price | Mobile Home Manufacturer | | Unit Number |
|---|---|---|---|---|
| 06/1989 | 011125 | | | |

PERMAN BUILDERS LLC
6460 BOYLAN RD
SHOW LOW AZ  85901-3944

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) * |
|---|---|---|---|
| 0U03016260022 | 09162016 | R2600U0312 | 0000000 |

* A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

| Previous Title Number | State | Issue Date | Previous Film Number |
|---|---|---|---|
| 0U01016098022 | AZ | 04072016 | R0980U0112 |

Arizona Brands

| Previous Brand | State | Previous Brand | State | Previous Brand | State | Other States With Brands |
|---|---|---|---|---|---|---|
| | | | | | | |

Owners/Lessees

PERMAN BUILDERS LLC

Lienholder(s) as of the print date. (Additional liens may exist. Check Lien Motor Vehicle Inquiry on https://servicearizona.com to find all current liens.)

**LIEN RELEASE**

| Lienholder Name | | Acknowledged before me this date. | Notary Public Signature | | |
|---|---|---|---|---|---|
| Lien Amount | Lienholder Signature | Date | County | State | Commission Expires |









Sent from my iPhone







RV Pictures



RV Pictures



5 of 6  3/17/2017 8:16 AM

6 of 6  3/17/2017 8:16 AM